IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: AMTRAK TRAIN DERAILMENT IN PHILADELPHIA PENNSYLVANIA ON MAY 12, 2015 | : : : : : : : | MDL NO. 2654 15-md-2654 |
|---|---|---|
| This Document Relates to All Actions | | |

## ORDER

AND NOW, this 8th day of August 2017, it has been reported that the issues between the parties in the case listed below have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that the matter is DISMISSED with prejudice.

| 2:15-cv-3495-LDD | STADNIK, et al v. NATIONAL RAILROAD PASSENGER CORPORATION |
|---|---|

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.